**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**



# THIS DOCUMENT IS CURRENTLY

# IN CAMERA DOCUMENT

# AND

# IS RESTRICTED FROM

# PUBLIC VIEWING