C. Brooks Cutter (SBN 121407)
John R. Parker, Jr. (SBN 25776)
**CUTTER LAW P.C.**
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 290.9400
Facsimile: (916) 588.9330
E-mail: bcutter@cutterlaw.com
         jparker@cutterlaw.com

Mychal Wilson (SBN 236189)
**THE LAW OFFICES OF MYCHAL WILSON**
2425 W. Olympic Blvd. Suite 4000-W
Santa Monica, CA 90404
Telephone: (424) 252-4232
Facsimile: (310) 424-7116
Email: mychal@mychalwilsonesq.com

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| [UNDER SEAL]<br><br>                    Relators,<br><br>       v.<br><br>[UNDER SEAL],<br><br>                    Defendant. | Case No. 15-cv-01212 JAK ASx *SEALED*<br><br>**REQUEST AND [PROPOSED] ORDER TO EXTEND TIME TO SERVE COMPLAINT** |

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>and<br><br>THE STATES OF ARKANSAS, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, THE DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSSETTES, MICHIGAN, MINNESOTA, MISSOURI, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, AND WISCONSIN<br><br>ex rel.<br><br>THE DAN ABRAMS COMPANY LLC<br><br>Relators,<br><br>vs.<br><br>MEDTRONIC, INC., MEDTRONIC PLC, MEDTRONIC SOFAMOR DANEK DEGGENDORF GMBH, AND MEDTRONIC PUERTO RICO OPERATIONS CO., HUACAO.<br><br>Defendants. | Case No. 15-cv-01212 JAK ASx *SEALED*<br><br>**REQUEST AND [PROPOSED] ORDER TO EXTEND TIME TO SERVE COMPLAINT** |

## INTRODUCTION

RELATOR THE DAN ABRAMS COMPANY, LLC ("Relator") hereby requests that this Court enter an order extending the time for service of the Complaint and Summons on Defendants MEDTRONIC, INC., MEDTRONIC PLC, MEDTRONIC SOFAMOR DANEK DEGGENDORF GMBH, AND MEDTRONIC PUERTO RICO OPERATIONS CO., HUACAO.

## I. PROCEDURAL BACKGROUND

This case was filed under seal on February 19, 2015. In the months while this case was under seal, the United States and several States conducted an investigation and ultimately elected not to intervene in this matter. On April 20, 2016, after the government had filed its notice of non-intervention in this matter, the Court entered an order unsealing the Complaint and ordering it to be served on the defendants on or before May 2, 2016.

## II. ARGUMENT

The Court has broad discretion to modify the time period required for service under Rule 4(m). *In re Sheehan,* 253 F.3d 507, 512 (9th Cir. 2001). In actions that arise under federal law and have been commenced in compliance with the governing statute of limitations, "the manner and timing of serving process are generally nonjurisdictional matters of 'procedure' controlled by the Federal Rules." *Henderson v. United States,* 517 U.S. 654, 656 (1966).

In ordinary cases, plaintiffs are provided 120 days to serve the summons and complaint upon a defendant. But this is not an ordinary case. Because the False Claims Act at 31 U.S.C. § 3730(b)(2) requires that a complaint asserting False Claims Act violations must be filed under seal and remain under seal until the government determines whether or not it will intervene, the Relator here was statutorily barred from attempting any service on Defendants until April 20, 2015, when the case was unsealed.

The Court has ordered that Relator serve the Complaint (as well as the various governmental entities that must be served with all pleadings in this matter) on before May 2, 2016, only twelve calendar days, or eight business days, after the unsealing of the Complaint. Because Relator requires additional time to both effect service upon the many parties to this case and also to evaluate its legal options going forward in this matter now that the government has declined to intervene, Relator respectfully requests that the court enter an order granting Relator 90 days from April 20, 2016 to serve the Complaint, *i.e.*, on or before July 19, 2016.

/ / /

/ / /

/ / /

Dated: April 21, 2016          Respectfully Submitted:

By: */s/ C. Brooks Cutter*
C. Brooks Cutter

| | |
|---|---|
| 1 | C. Brooks Cutter (SBN 121407) |
| 2 | John R. Parker, Jr. (SBN 25776) |
|   | **CUTTER LAW P.C.** |
| 3 | 401 Watt Avenue |
|   | Sacramento, California 95864 |
| 4 | Telephone: (916) 290.9400 |
|   | Facsimile: (916) 588.9330 |
| 5 | E-mail: bcutter@cutterlaw.com |
| 6 |         jparker@cutterlaw.com |
| 7 | Mychal Wilson (SBN 236189) |
|   | **THE LAW OFFICES OF MYCHAL WILSON** |
| 8 | 2425 W. Olympic Blvd. Suite 4000-W |
|   | Santa Monica, CA 90404 |
| 9 | Telephone: (424) 252-4232 |
|   | Facsimile: (310) 424-7116 |
| 10 | Email: mychal@mychalwilsonesq.com |

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| [UNDER SEAL] | Case No. 15-cv-01212 JAK ASx *SEALED* |
| Relators, | **[PROPOSED] ORDER EXTENDING TIME TO SERVE COMPLAINT** |
| v. | |
| [UNDER SEAL], | |
| Defendant. | |

-1-

APPLICATION AND [PROPOSED] ORDER TO EXTEND TIME TO SERVE COMPLAINT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>and<br><br>THE STATES OF ARKANSAS, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, THE DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSSETTES, MICHIGAN, MINNESOTA, MISSOURI, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, AND WISCONSIN<br><br>ex rel.<br><br>THE DAN ABRAMS COMPANY LLC<br><br>      Relators,<br><br>vs.<br><br>MEDTRONIC, INC., MEDTRONIC PLC, MEDTRONIC SOFAMOR DANEK DEGGENDORF GMBH, AND MEDTRONIC PUERTO RICO OPERATIONS CO., HUACAO.<br><br>      Defendants. | Case No. 15-cv-01212 JAK ASx *SEALED*<br><br>**[PROPOSED] ORDER TO EXTEND TIME TO SERVE COMPLAINT** |

For the reasons set forth in Relator The Dan Abrams Company, LLC ("Relator")'s Request, Relator is ordered to serve the Complaint in this matter on all Defendants on or before July 19, 2016.

IT IS SO ORDERED.

Dated:

                                                  _____
                                                  JOHN A. KRONSTADT
                                                  UNITED STATES DISTRICT JUDGE

Re: *U.S. ex rel. The Dan Abrams Company LLC v. Medtronic, Inc., et al.*
USDC Central District, Docket No. 15-cv-01212 JAK ASx *SEALED*

## **PROOF OF SERVICE**

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within entitled action; my business address is Cutter Law P.C., 401 Watt Avenue, Sacramento, California 95864.

On the date below, I served a copy of the following document(s) described as ***APPLICATION AND [PROPOSED] ORDER TO EXTEND TIME TO SERVE COMPLAINT*** on the interested party(ies) in this action as follows:

**SEE ATTACHED SERVICE LIST**

| | |
|---|---|
| **x** | **VIA U.S. MAIL:** By placing a true copy thereof enclosed in a sealed envelope(s) addresses as above or on the service list, and placing each for collection and mailing on that date following ordinary business practices. I am "readily familiar" with the business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Sacramento, California, in a sealed envelope with postage fully prepaid |
| | **BY OVERNIGHT DELIVERY:** I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed as above or on the service list. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier. |
| | **BY FACSIMILE:** Based on an agreement of the parties to accept service by fax transmission, I faxed the document(s) to the person(s) at the fax number(s) listed above or on the service list on the date above at approximately _____ a.m./p.m. The telephone number of the sending facsimile machine was (916) 669-4499. The sending facsimile machine issued a transmission reporting confirming that the transmission was complete and without error. A copy of that report is attached. |
| | **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from *aellis@cutterlaw.com* to the person(s) at the e-mail address(es) listed above or on the service list. |
| | **BY PERSONAL SERVICE:** I *caused* the above documents to be hand delivered to the party(ies) listed above or on the service list. |
| | **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
| **x** | **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |

Executed on Friday, April 22, 2016, at Sacramento, California.


*/s/Adriana Ellis*
Adriana Ellis

-1-

APPLICATION AND [PROPOSED] ORDER TO EXTEND TIME TO SERVE COMPLAINT

| | |
|---|---|
| Lisa K. Samuels, Trial Attorney<br>Civil Division<br>601 D Street N.W. Room 9126<br>Washington, D.C. 20004 | ***Texas Attorney General***<br>Ken Paxton<br>Kerry M. Ascher, Assistant Attorney General<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| ***California Attorney General***<br>Ms. Kamala Harris<br>Elizabeth S. Voorhies, Deputy Attorney General of the State of California<br>California Dept. of Justice, Office of the Attorney General<br>1455 Frazee Road, Suite 315<br>San Diego, CA 92108 | ***United States Attorney General***<br>Eileen M. Decker<br>Brian P. Villarreal, Assistant United States Attorney<br>Room 7516, Federal Building<br>300 N. Los Angeles Street<br>Los Angeles, CA 90012 |
| ***The Law Offices of Mychal Wilson***<br>Mychal Wilson<br>2425 W. Olympic Blvd. Suite 4000-W<br>Santa Monica, CA 90404 | |
| ***Office of the Attorney General***<br>Benjamin C. Mizer, Principal Deputy Attorney General, Civil Division<br>601 D Street NW, Room 9126<br>Washington, DC 20004 | |

APPLICATION AND [PROPOSED] ORDER TO EXTEND TIME TO SERVE COMPLAINT