UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| United States of America, et al., *ex rel.* The Dan Abrams Company LLC,<br><br>  Plaintiffs,<br>vs.<br><br>Medtronic Inc., Medtronic Plc., Medtronic Sofamor Danek USA Inc., Warsaw Orthopedic Inc., Medtronic Sofamor Danek Deggendorf Gmbh and Medtronic Puerto Rico Operations Co., Humaco,<br><br>  Defendants. | No.: 2:15-cv-01212-JAK (ASx)<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE TRIAL DATE AND DEADLINES IN SCHEDULING ORDER (DKT. 70)** |
|---|---|

The Court, having considered the pleadings and papers filed by the parties in connection with the Parties' Joint Stipulation to Modify the Pretrial Conference and Trial Dates, and good cause being shown, **GRANTS IN PART** the Stipulation. The Scheduling Order is modified as follows:

- Non-Expert Discovery Cut-Off:         March 7, 2019
- Expert Disclosure (Initial):          March 21, 2019
- Expert Disclosure (Rebuttal):         April 4, 2019
- Expert Discovery Cut-Off:             April 18, 2019
- Last Date to File Motions:            April 22, 2019
- Last Date to Hear Motions:            July 8, 2019
- Anticipated Ruling on All Motions:    September 15, 2019
- Last Date to File All Pretrial Documents:   October 7, 2019
- Final Pretrial Conference:            October 21, 2019 at 1:30 p.m.
- Jury Trial:                           November 5, 2019 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: July 13, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE