UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, et al., *ex rel.* The Dan Abrams Company LLC,<br><br>Plaintiffs,<br>vs.<br><br>Medtronic Inc., Medtronic Plc., Medtronic Sofamor Danek USA Inc., Warsaw Orthopedic Inc., Medtronic Sofamor Danek Deggendorf Gmbh and Medtronic Puerto Rico Operations Co., Humaco,<br><br>Defendants. | No.: 2:15-cv-01212-JAK (ASx)<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO ENTIRE ACTION**<br><br>**JS-6** |

| | |
|---|---|
| 1 | On July 23, 2019, the motion of Defendants Medtronic Inc., Medtronic plc, Medtronic Sofamor Danek USA Inc., Warsaw Orthopedic, Inc., Medtronic Sofamor Danek Deggendorf GmbH, Medtronic Puerto Rico Operations Co., and Humacao (collectively, "Medtronic") to dismiss the Third Amended Complaint of Relator The Dan Abrams Company LLC ("Relator") was granted with leave to amend. Dkt. 127. Any amended complaint was to be filed within 21 days of the issuance of the July 23, 2019 Order. Relator elected not to file a further amended complaint, and to appeal the order dismissing the July 23, 2019 Order. |

On July 23, 2019, the motion of Defendants Medtronic Inc., Medtronic plc, Medtronic Sofamor Danek USA Inc., Warsaw Orthopedic, Inc., Medtronic Sofamor Danek Deggendorf GmbH, Medtronic Puerto Rico Operations Co., and Humacao (collectively, "Medtronic") to dismiss the Third Amended Complaint of Relator The Dan Abrams Company LLC ("Relator") was granted with leave to amend. Dkt. 127. Any amended complaint was to be filed within 21 days of the issuance of the July 23, 2019 Order. Relator elected not to file a further amended complaint, and to appeal the order dismissing the July 23, 2019 Order.

Accordingly, IT IS HEREBY ORDERED that Relator's Third Amended Complaint is **DISMISSED WITH PREJUDICE** as to Medtronic. A final JUDGMENT OF DISMISSAL is hereby entered against Relator and in favor of Medtronic.

IT IS SO ORDERED.

Dated: November 1, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE