Michael K. Brown (SBN 104252)
Mildred Segura (SBN 210850)
REED SMITH LLP
355 South Grand Avenue, Suite 2900 Los Angeles, CA  90071-1514
mkbrown@reedsmith.com
msegura@reedsmith.com
mcheng@reedsmith.com
Telephone:  213.457.8000
Facsimile:   213.457.8080

William Roberts (*admitted pro hac vice*)
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199-3600
William.Roberts@ropesgray.com
Telephone: 617.951.7313
Facsimile:  617.951.7050

Attorneys for Defendants Medtronic Inc., Medtronic Sofamor Danek USA, Inc., Warsaw Orthopedic Inc., and Medtronic Puerto Rico Operations Co., Humacao
*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, et al., *ex rel*. The Dan Abrams Company LLC,<br><br>Plaintiffs,<br>vs.<br>Medtronic Inc., Medtronic Plc., Medtronic Sofamor Danek USA Inc., Warsaw Orthopedic Inc., Medtronic Sofamor Danek Deggendorf Gmbh and Medtronic Puerto Rico Operations Co., Humacao,<br><br>Defendants. | No.: 2:15-cv-01212-JAK (ASx)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE OPINIONS OF SIDNEY P. BLUM**<br><br>Date:         February 27, 2023<br>Time:        8:30 a.m.<br>Courtroom: 10B<br><br>[ASSIGNED TO HON. JOHN A. KRONSTADT]<br><br>Complaint Filed:  Feb. 19, 2015<br><br>*[Filed Concurrently with Defendants' Memorandum of Points and Authorities in Support of Their Motion to Exclude Opinions of Sidney P. Blum; Declaration of William Roberts; and (Proposed) Order]* |

# NOTICE OF MOTION AND MOTION TO EXCLUDE OPINIONS OF SIDNEY P. BLUM

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 27, 2023, at 8:30 a.m. PST, or as soon thereafter as the matter may be heard, in courtroom 10B of the above-entitled court located at First Street Courthouse, 350 W. First Street, Los Angeles, California Defendants Medtronic Inc., Medtronic plc, Medtronic Sofamor Danek USA Inc., Warsaw Orthopedic, Inc., Medtronic Sofamor Danek Deggendorf GmbH, and Medtronic Puerto Rico Operations Co., Humacao ("Medtronic" or "Defendants") will and hereby do move the Court for an order excluding the expert opinions of Sidney P. Blum.

Medtronic bases its Motion on this Notice of Motion and Motion and the supporting Memorandum of Points and Authorities, the supporting Declaration of William Roberts and attached exhibits, the Proposed Order, all opposition and reply papers thereto, the argument of counsel, and any other evidence that may be presented at the hearing on this matter.

## CONFERENCE PURSUANT TO LOCAL RULE 7-3

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place by email correspondence on December 14, 2022. The parties made a good faith effort to resolve substantive disputes and were unable to do so.

| | | |
|---|---|---|
| DATED: December 16, 2022 | By: | /s/ William L. Roberts |

William L. Roberts *(admitted Pro Hac Vice)*
(*William.Roberts@ropesgray.com*)
James Dowden *(admitted Pro Hac Vice)*
(*James.Dowden@ropesgray.com*)
Ezra D. Geggel *(admitted Pro Hac Vice)*
(*Ezra.Geggel@ropesgray.com*)
ROPES & GRAY LLP
800 Boylston Street, Prudential Tower
Boston, MA 02199-3600
Telephone: 617.951.7000
Facsimile: 617.951.7050

Douglas H. Hallward-Driemeier (*admitted Pro Hac Vice*)
(*Douglas.Hallward-Driemeier@ropesgray.com*)
ROPES & GRAY LLP
2099 Pennsylvania Ave., NW
Washington, DC 2006-6807
Telephone:  202.508.4600
Facsimile:  202.508.4650

Laura G. Hoey *(admitted Pro Hac Vice)*
(*Laura.Hoey@ropesgray.com*)
ROPES & GRAY LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Telephone: 312.845.1318
Facsimile: 312.845.5562

Michael K. Brown (SBN 104252)
(*mkbrown@reedsmith.com*)
Mildred Segura (SBN 210850)
(*msegura@reedsmith.com*)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone: 213.457.8000
Facsimile: 213.457.8080

Joseph T. Dixon, III *(admitted Pro Hac Vice)*
(*Jdixon@fredlaw.com*)
Amanda M. Mills *(admitted Pro Hac Vice)*
Fredrikson and Byron PA
200 South 6th Street, Suite 4000
Minneapolis, MN 55402
Telephone: 612.492.7000
Facsimile: 612.492.7077

*Attorneys for Defendants Medtronic Inc., Medtronic Sofamor Danek USA, Inc., Warsaw Orthopedic, Inc., and Medtronic Puerto Rico Operations Co., Humacao*

DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE OPINIONS OF SIDNEY P. BLUM